■ GREEN POINT SAVINGS BANK, Respondent, v 794 UTICA AVENUE REALTY CORP., Appellant, et al., Defendants. [688 NYS2d 906] —In a mortgage foreclosure action, the defendant 794 Utica Avenue Realty Corp. appeals from a judgment of the Supreme Court, Kings County (Golden, J.), dated March 24, 1995, which, upon its default in answering, foreclosed on a mortgage.

Ordered that the appeal is dismissed, with costs.

No appeal lies from a judgment entered upon the default of the appealing party (*see,* CPLR 5511; *High v Coletti,* 143 AD2d 810). Mangano, P. J., Santucci, Krausman, Florio and H. Miller, JJ., concur.